UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Harris J. Boudreaux                                                                                                 Docket No. 5:17-CR-361-1FL

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Harris J. Boudreaux, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 12, 2018, to the custody of the Bureau of Prisons for a term of TIME SERVED. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Harris J. Boudreaux was released from custody on December 12, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** After sentencing on December 12, 2018, the probation officer confirmed with the US Marshals that there was an unserved Warrant for Arrest for Failing to Register as a Sex Offender in East Baton Rouge, Louisiana. The date of the Warrant for Arrest is February 27, 2017. Contact with the East Baton Rogue Police Department revealed their office was willing to extradite Boudreaux to Louisiana. Based on this information, the defendant was returned to the Albemarle District Jail in Elizabeth City, North Carolina, released by federal authorities, but detained for extradition procedures to the state of Louisiana.

On December 28, 2018, the defendant left a voicemail for the probation officer indicating he was released from the Albemarle District Jail. Contact with the Albemarle District Jail revealed the defendant was released after Louisiana contacted their facility and reported Boudreaux's case was non-extraditable. After numerous attempts to contact the defendant unsuccessfully, Boudreaux called the probation officer on December 31, 2018, and reported he was en route to his family's residence in Louisiana via Greyhound bus. The defendant was instructed to contact the probation officer upon arrival in Louisiana and to register with the local sheriff's office immediately.

On January 3, 2019, the Federal Public Defender's Office contacted the probation officer and reported the defendant was at a homeless shelter in Lafayette, Louisiana. The probation officer contacted the probation office in Lafayette who agreed to facilitate contact with the defendant. On January 4, 2019, the probation office in Lafayette advised our office that Boudreaux was arrested by local law enforcement on the warrant for arrest from 2017. Since that time, the defendant has remained in state custody and the probation office has been unable to secure a residence for the defendant. Therefore, it is respectfully recommended that the conditions of supervision be modified to include the defendant undergo placement in a residential reentry center for a period of up to 180 days. Additionally, should the defendant secure suitable housing, the probation officer will approve the defendant to be released from the reentry center prior to the 180-day period.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. Upon approval of the probation officer, the defendant may be released from the residential reentry center prior to the 180-day period should suitable housing be secured by the defendant.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: February 12, 2019 |

### ORDER OF THE COURT

Considered and ordered this 12th day of February, 2019, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge